*State, Respondent, v. Weller et al., Petitioners*, No. 91406-1. Petitions for review of a decision of the Court of Appeals, Nos. 44726-6-II and 44733-9-II, February 18, 2015, 185 Wn. App. 913. *Denied* July 8, 2015.

*State, Respondent, v. Daniels, Petitioner*, No. 91412-5. Petition for review of a decision of the Court of Appeals, No. 44382-1-II, February 10, 2015, 185 Wn. App. 1050. *Denied* July 8, 2015.

*Kirby et al., Petitioners, v. Emp't Sec. Dep't, Respondent*, N0. 91414-1. Petition for review of a decision of the Court of Appeals, No. 70738-8-I, December 22, 2014, 185 Wn. App. 706. *Denied* July 8, 2015.

*State, Respondent, v. Setzer, Petitioner*, No. 91418-4. Petition for review of a decision of the Court of Appeals, No. 44558-1-II, January 13, 2015, 185 Wn. App. 1020. *Denied* July 8, 2015.

*State, Respondent, v. Jackson, Petitioner*, No. 91420-6. Petition for review of a decision of the Court of Appeals, No. 45115-8-II, February 10, 2015, 185 Wn. App. 1052. *Denied* July 8, 2015.

*State, Respondent, v. German, Petitioner*, No. 91423-1. Petition for review of a decision of the Court of Appeals, No. 44870-0-II, February 3, 2015, 185 Wn. App. 1044. *Denied* July 8, 2015.

*In re Marriage of Badkin*, No. 91424-9. Petition for review of a decision of the Court of Appeals, No. 43900-0-II, November 18, 2014, 184 Wn. App. 1038. *Denied* July 8, 2015.

*State, Respondent, v. Nicholas, Petitioner*, No. 91425-7. Petition for review of a decision of the Court of Appeals, No. 70857-1-I, January 12, 2015, 185 Wn. App. 1019. *Denied* July 8, 2015.